Mark E. Ellis – 127159
Amanda N. Griffith - 288164
Anthony P. J. Valenti - 284542
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant NATIONAL ENTERPRISE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WIEGAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Federal Case No.:<br><br>Sacramento County Case No.:  34-2016-00205405<br><br>**DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S JURY DEMAND** |

Defendant NATIONAL ENTERPRISE SYSTEMS, INC., hereby demands a jury trial in this matter.

Dated: February 3, 2017

                    ELLIS LAW GROUP, LLP

                    By */s/ Amanda N. Griffith*
                        Amanda N. Griffith
                        Attorney for Defendant
                        NATIONAL ENTERPRISE SYSTEMS, INC.

DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S JURY DEMAND

**CERTIFICATE OF SERVICE**

I, Jennifer Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On February 3, 2017, I served the following document(s) on the parties in the within action:

**DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S JURY DEMAND**

| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|---|---|

| | |
|---|---|
| Fred W. Schwinn<br>Raeon R. Roulston<br>Matthew C. Salmonsen<br>Consumer Law Center, Inc.<br>12 South First Street<br>Suite 1014<br>San Jose, CA 95113-2404 | Attorneys for Plaintiff<br>Plaintiff Robert Michael Wiegand |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 3, 2017.

By: /s/ Jennifer Mueller
Jennifer Mueller

DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S JURY DEMAND